UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80019-CIV-DIMITROULEAS

GEORGE S. GEORGE, and
all similarly situated individuals

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,
a Florida corporation,

    Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon the Report and Recommendation on Defendant's Verified Motion to Tax Costs [DE-50], signed by Magistrate Robin S. Rosenbaum on May 23, 2008.  [DE-64].  On June 5, 2008, Plaintiff filed his Objections to the Report of the Magistrate Judge.  [DE-65].

The Report and Recommendation indicated that Defendant's Motion to Tax Costs should be Granted in Part and Denied in Part and that Plaintiff should be ordered to pay $4,055.02 in costs to Defendant.  In his Objections, Plaintiff does not dispute the amount of the costs imposed, but merely requests that he be allowed to make these payments on a monthly installment plan of $50 a month.  The Court understands that the issue of an installment plan, though not raised in the briefings, may have been discussed at a hearing before Magistrate Rosenbaum.  However, neither party has filed the transcript from that hearing.  Nor has there been any indication as to Defendant's position as to the installment plan.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant shall file a Response regarding this issue on or before July 3, 2008.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 25th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Alan M. Aronson, Esq.
Laura L. Mall, Esq.
Christine D. Hanley, Esq.

George S. George
710 Executive Center Drive
Apt. 1022
West Palm Beach, FL 33401