UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80019-CIV-DIMITROULEAS

GEORGE S. GEORGE, and
all similarly situated individuals

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,
a Florida corporation,

    Defendant.
_____/

## ORDER GRANTING OBJECTION IN PART AND APPROVING REPORT AND RECOMMENDATION IN PART

THIS CAUSE is before the Court upon the Report and Recommendation on Defendant's Verified Motion to Tax Costs [DE-50], signed by Magistrate Robin S. Rosenbaum on May 23, 2008. [DE-64]. On June 5, 2008, Plaintiff filed his Objections to the Report of the Magistrate Judge. [DE-65]. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record herein, and is otherwise fully advised in the premises.

The Report and Recommendation indicated that Defendant's Motion to Tax Costs should be Granted in Part and Denied in Part and that Plaintiff should be ordered to pay $4,055.02 in costs to Defendant. In his Objections, Plaintiff does not dispute the amount of the costs imposed, but merely requests that he be allowed to make these payments on a monthly installment plan of $50 a month. Plaintiff provided documentation of his current financial circumstances, including his unemployment status and his various bills and obligations. Plaintiff most recently filed updated information on July 1, 2008. [DE-67]. In Response to this Court's Order of June 25, 2008 [DE-66], Defendant filed a Response to Plaintiff's Objections. [DE-68]. Defendant objects

to Plaintiff's proposed installment plan in principal and in amount.  First, Defendant argues that Plaintiff's financial records demonstrate that he presently has the ability to pay the costs.  Defendant contends that Plaintiff has failed to demonstrate dire financial circumstances per Chapman v. AI Transport, et al., 229 F.3d 1012 (11th Cir. 2000).  As for the proposed installment, Defendant argues that at $50 per month, it would be more than six and one-half years before they would recover the full costs.  Defendant does indicate that should an installment plan be imposed, it should be brief in duration and provide for accrual of interest.

The Court has reviewed Plaintiff's financial documents and does not find, contrary to Defendant's assertions, that Plaintiff has the current ability to pay the costs in full.  The Court does recognize, however, that Plaintiff has not disputed the award of costs recommended by Magistrate Rosenbaum, he simply requests an installment plan.  In light of the extensive documentation provided by Plaintiff regarding his unemployment, his wife's monthly income, and their monthly expenses, the Court finds that though Plaintiff may not rise to the level of dire circumstances to justify a reduction in costs, an installment plan is warranted.  Fairness and equity indicate that a compromise as to the amount of the installment plan is justified so that Defendant may receive its awarded costs, without adversely affecting Plaintiff, who has demonstrated difficult, if not dire, financial circumstances.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1)  Plaintiff's Objections [DE-65] are **GRANTED IN PART**.

2)  The Magistrate Judge's Report and Recommendations [DE-26] is hereby **ADOPTED IN PART**.

3) Defendant's Verified Motion to Tax Costs [DE-50] is hereby **GRANTED IN PART**

**AND DENIED IN PART**.

4) Plaintiff George S. George is hereby **ORDERED** to pay $4,055.02 in costs to Defendant. Such payment may be made on an installment plan of $100 per month. Said amount includes the accrual of interest at the post-judgment interest rate of 2.46%.[1]

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 3rd day of July, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Alan M. Aronson, Esq.
Laura L. Mall, Esq.
Christine D. Hanley, Esq.

George S. George
710 Executive Center Drive
Apt. 1022
West Palm Beach, FL 33401

---

[1] See Georgia Ass'n of Retarded Citizens v. McDaniel, 855 F.2d 794, 799 (11th Cir. 1988) (award of costs bears interest from the date of entry).